1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Ramon Madrigal-Navarro

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE CATHY ANN BENCIVENGO)**

11 | UNITED STATES OF AMERICA,              )   Case No. 07MJ2603
                                            )
12 |            Plaintiff,                  )
                                            )
13 | v.                                     )   **CERTIFICATE OF SERVICE**
                                            )
14 | RAMON MADRIGAL-NAVARRO,                )
                                            )
15 |            Defendant.                  )
   |_____)

16

17      Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                        U.S. Attorney CR
                     Efile.dkt.gc2@usdoj.gov
19

20                                       Respectfully submitted,

21

22 DATED:     November 7, 2007           /s/ Elizabeth M. Barros
                                         **ELIZABETH M. BARROS**
23                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Ramon Madrigal-Navarro
24

25

26

27

28